UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON, et al.,<br><br>                Plaintiffs,<br>    v.<br><br>BRIAN SCOTT HALLIN,<br><br>                Defendant,<br>    v.<br><br>UMPQUA BANK, N.A.,<br><br>                Garnishee-Defendant. | CASE NO. 23-mc-00046-LK<br><br>ORDER TO ISSUE AMENDED WRIT OF GARNISHMENT |

      This matter comes before the Court on Plaintiffs' Amended Application for Writ of Garnishment. Dkt. No. 3. They seek a writ of garnishment for property in which the Defendant/Judgment Debtor, Brian Scott Hallin, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the Garnishee, Umpqua Bank, N.A.

ORDER TO ISSUE AMENDED WRIT OF GARNISHMENT - 1

The Court has reviewed the Amended Application for Writ of Garnishment, Dkt. No. 3, and the proposed Amended Writ of Garnishment, Dkt. No. 3-2, along with the remainder of the record in this matter. Being fully informed, the Court ORDERS the Clerk of Court to issue the Amended Writ of Garnishment.

Dated this 20th day of June, 2023.

*Lauren King*

Lauren King
United States District Judge